# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126882 & (47)(49)

GREGORY ENSINK and PATRICIA ENSINK,
     Plaintiffs-Appellants
     and Cross-Appellees,

v

MECOSTA COUNTY GENERAL HOSPITAL,
PAUL REHKOPH, M.D., and MICHIGAN
EMERGENCY PHYSICIANS, LLP,
     Defendants-Appellees
     and Cross-Appellants.

SC: 126882
COA: 247220
Kent CC: 00-012402-NH

_____/

On order of the Court, the application for leave to appeal the June 17, 2004 judgment of the Court of Appeals and the applications for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, KELLY, and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2005

_____
Clerk

d1017